# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1439
LT Case No. 1983-CF-000098

———————————————

DUDLEY FERDINANDO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.800 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Dudley Ferdinando, Miami, pro se.

No Appearance for Appellee.

November 25, 2025

PER CURIAM.

AFFIRMED.

JAY, C.J., and WALLIS and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____